KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>IAN BAYNE<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: BKS-18-17497-BTB<br>MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS |

RANDOLPH LAW FIRM PC
Attorney for the Debtor

MOTION TO DISMISS
Hearing Date: 03/28/2019
Hearing Time:  2:00 pm

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and files this Motion based on the Memorandum of Points and Authorities as follows:

### Memorandum of Points and Authorities

### Statement of Facts

1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on 12/26/2018.

2. Debtor(s) Plan has not been confirmed.

3. Trustee requests that the Court take Judicial Notice of the Docket in this case.

### Argument

The Trustee requests that this case be dismissed pursuant to 11 U.S.C.§ 1307 (c)  for one or more of the following reasons:

- Want of prosecution and unreasonable delay has been caused due to Debtor(s) failed to appear at the Section 341 Meeting of Creditors: IAN BAYNE 11 U.S.C. §341(a) & 1307(c)(1) & F.R.B.P. 4002 (a)(1)
- Failure to conclude Section 341 Meeting of Creditors.  11 U.S.C. §1307(c)(1)

- Debtor(s) failed to commence Plan payments. 11 U.S.C. §1326(a)(1) & 1307(c)(4)
- Debtor(s) is/are delinquent in plan payments. 11 U.S.C. §1307(c)(1)
- Debtor has failed to timely file a plan in compliance with 11 U.S.C. sec. 1321 & F.R.B.P. 301

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302. This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents:

- All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition. Specifically: 2018 once filed.
- Bank Statement(s) for the following period(s): US Bank #1299: 12/22/18 - 12/26/18.
- Verification of estimated tax payments; auto insurance.
- Amendment to Voluntary Petition: #12 list business
- Amendment to Statement of Financial Affairs: #27: disclose business.

**Conclusion**

WHEREFORE, for the foregoing reasons, the Trustee recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: 2/11/19

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee